UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:02-CR-081 JD |
| | ) | |
| CLAUDE HARPER | ) | |

## **OPINION AND ORDER**

Now before the Court is the Defendant Claude Harper's request for counsel to assist him in filing a motion for a sentence reduction under 18 U.S.C. § 3582(c)(2) and Amendment 782 to the Sentencing Guidelines. [DE 72]. The Court previously requested the United States Probation Office to prepare a Sentence Reduction Addendum, which it did, and the government has responded in opposition to any reduction. [DE 74, 76]. Mr. Harper has moved for a sentence reduction under § 3582(c)(2) on three previous occasions. Each of the previous motions was denied because, although the offense levels relative to crack cocaine have been retroactively reduced several times, Mr. Harper's Guidelines range was actually determined by his status as a career offender and not the type or quantity of drugs for which he was responsible. Mr. Harper was represented by counsel relative to those previous motions, and in each instance, counsel agreed that Mr. Harper was not entitled to any reduction.

For those same reasons, Mr. Harper is not eligible for a reduction under Amendment 782, either. Amendment 782 reduces the base offense levels of the drug quantity table under § 2D1.1 of the Guidelines, but Mr. Harper's Guidelines range was determined by § 4B1.1, not § 2D1.1. Accordingly, his offense level has not been lowered by the Sentencing Commission, as is required under § 3582(c)(2), and Mr. Harper is not eligible for a reduction. Because the Court has appointed counsel for Mr. Harper on multiple previous occasions, and because the Court has explained in detail on each of those occasions why Mr. Harper was not entitled to any reduction,

appointing counsel relative to this most recent request cannot be justified. Therefore, the Court DENIES Mr. Harper's request for counsel, and to the extent Mr. Harper's request was also meant as a motion for a reduction under § 3582(c)(2), DENIES that motion as well.

SO ORDERED.

ENTERED: April 8, 2015

/s/ JON E. DEGUILIO
Judge
United States District Court